UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINH NGUY, | No. 2:14-CV-00229-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF YOLO; et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff's Motion for Relief from Judgment (ECF No. 40) asking that this Court relieve him from the judgment of the magistrate judge.  Plaintiff's Motion is premature because the magistrate judge has not issued any decision from which relief may be granted.  That Motion is therefore DENIED.

IT IS SO ORDERED.

Dated:  June 30, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1