1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DINH NGUY,                              No.  2:14-cv-229-MCE-EFB PS

12              Plaintiff,

13       v.                                  ORDER

14   COUNTY OF YOLO; SUPERIOR
     COURT OF THE STATE OF
15   CALIFORNIA, IN AND FOR THE
     COUNTY OF YOLO; DANIEL P.
16   McGUIRE; JEFF STONE; MARVIN C.
     MARX; JOHN C. ORCUTT; WENDY A
17   TAYLOR; WILLIAM MARDER,

18              Defendants.

19

20       On September 9, 2014, the magistrate judge filed Findings and Recommendations, ECF

21   No. 43, herein which were served on the parties and which contained notice that any objections to

22   the Findings and Recommendations were to be filed within fourteen days.  No objections were

23   filed.

24       The Court has reviewed the applicable legal standards and, good cause appearing,

25   concludes that it is appropriate to adopt the Findings and Recommendations in full.

26   ///

27   ///

28   ///

                                         1

1    Accordingly:

2    1.  The Findings and Recommendations filed September 9, 2014, ECF No. 43, are

3        ADOPTED IN FULL;

4    2.  Defendant Maguire's Motion to Dismiss, ECF No. 5, is GRANTED and Plaintiff's claims

5        against Defendant Maguire are DISMISSED WITHOUT LEAVE TO AMEND;

6    3.  Defendant Orcutt's Motion to Dismiss, ECF No. 6, is GRANTED and Plaintiff's claims

7        against Defendant Orcutt are DISMISSED WITHOUT LEAVE TO AMEND;

8    4.  Defendant Taylor's Motion to Dismiss, ECF No. 17, is GRANTED and Plaintiff's claims

9        against Defendant Taylor are DISMISSED WITHOUT LEAVE TO AMEND.

10       IT IS SO ORDERED.

11   Dated:  September 26, 2014

12

13   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28